O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MICHAEL ZAMORA LOPEZ, | Case No. 5:18-cv-01196-CJC-KES |
|---|---|
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| TIMOTHY A. HASKELL, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Plaintiff's application to proceed in forma pauperis (Dkt. 2) is DENIED and that Judgment be entered: (a) dismissing the claims against Timothy Haskell, Michael Ramos, John Tomberlin, and James Terrell with prejudice, (b) dismissing the remaining claims without prejudice, and (c) dismissing the complaint (Dkt. 1) without leave to amend.

DATED: September 4, 2018

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE