**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ZAMORA LOPEZ,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY A. HASKELL, et al.,<br><br>Defendants. | Case No. 5:18-cv-01196-CJC-KES<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the claims against Timothy Haskell, Michael Ramos, John Tomberlin, and James Terrell are dismissed with prejudice, and the remaining claims are dismissed without prejudice.

DATED: September 4, 2018

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE